| | |
|---|---|
| 1 | DAN MARMALEFSKY (CA SBN 95477)<br>dmarmalefsky@mofo.com |
| 2 | MORRISON & FOERSTER LLP<br>555 West Fifth Street |
| 3 | Los Angeles, California 90013-1024<br>Telephone: 213.892.5200 |
| 4 | Facsimile: 213.892.5454 |
| 5 | WILLIAM L. STERN (CA SBN 96105)<br>wstern@mofo.com |
| 6 | GEOFFREY GRABER (CA SBN 211547)<br>graber@mofo.com |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 8 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | Attorneys for Defendants |
| 11 | HARTFORD LIFE AND ACCIDENT INSURANCE<br>COMPANY and HARTFORD LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEDERIA LEWIS, | | Case No. C06-04946 MJJ |
| | Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | | |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., HARTFORD LIFE INSURANCE CO., HARTFORD LIFE BENEFIT AND MANAGEMENT SERVICES, BENEFIT MANAGEMENT SERVICES AND DOES 1-100, | | Hon. Martin J. Jenkins<br><br>Complaint Filed: March 27, 2006 |
| | Defendants. | |

NOTICE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
sf-2179674

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiff Sederia Lewis and defendants Hartford Life and Accident Insurance Company and
3  Hartford Life Insurance Company, also* erroneously sued herein as Hartford Life Benefit and
4  Management Services and Benefit Management Services, through their respective attorneys, that
5  the time by which defendants may plead or otherwise respond to the operative complaint shall be
6  extended to and including September 15, 2006. There have been no previous modifications of
7  any deadlines in this case and the stipulated extension does not alter any event or deadline already
8  in this case.

10  Dated: August 16, 2006          DAN MARMALEFSKY
11                                   WILLIAM L. STERN
                                     GEOFFREY GRABER
12                                   MORRISON & FOERSTER LLP

14                          By: _____
                                     Geoffrey Graber
15
                                     Attorneys for Defendants
16                                   HARTFORD LIFE AND ACCIDENT
                                     INSURANCE COMPANY; HARTFORD
17                                   LIFE INSURANCE COMPANY

18  Dated: August ___, 2006         LAWRENCE MANN
                                     LAW OFFICES OF LAWRENCE MANN
19

20                          By: _____   *Dispute
                                     Lawrence Mann                 erroneously
21                                                                 sued.
                                     Attorney for Plaintiff
22                                   SEDERIA LEWIS

**IT IS SO ORDERED**
Judge Martin J. Jenkins
8/30/2006

NOTICE OF NON-PARTY INTERESTED ENTITIES OR PERSONS       1
sf-2179674