DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
GEOFFREY GRABER (CA SBN 211547)
graber@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and HARTFORD LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDERIA LEWIS, | Case No. C06-04946 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., HARTFORD LIFE INSURANCE CO., HARTFORD LIFE BENEFIT AND MANAGEMENT SERVICES, BENEFIT MANAGEMENT SERVICES AND DOES 1-100, | Hon. Martin J. Jenkins |
| | Complaint Filed: March 27, 2006 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. C06-04946 MJJ
sf-2214967

1  WHEREAS, under the Court's current Scheduling Order, the Case Management
2  Conference in this action is currently set for November 14, 2006;
3  WHEREAS, on October 20, 2006, the Court granted in part, and denied in part,
4  Defendants' Motion to Dismiss, thereby substantially altering the nature of this action;
5  WHEREAS, Defense counsel is getting married on October 28, 2006 and will be out of
6  the country from October 29, 2006 to November 10, 2006, and will therefore be unavailable to
7  confer regarding matter relating to the Case Management Conference, including preparation of
8  the Rule 26(f) report;
9  WHEREAS, Plaintiff is agreeable to rescheduling the Case Management Conference;
10  NOW, THEREFORE, the parties, by and through their respective counsel of record,
11  hereby request that the Case Management Conference, currently set for November 14, 2006, be
12  rescheduled to December 12, 2006 or such date thereafter as is available on the Court's calendar.

Dated: October 25, 2006

DAN MARMALEFSKY
WILLIAM L. STERN
GEOFFREY GRABER
MORRISON & FOERSTER LLP

By: _____
    Geoffrey Graber

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY; HARTFORD
LIFE INSURANCE COMPANY

Dated: October 25, 2006

LAWRENCE MANN
LAW OFFICES OF LAWRENCE MANN

By: _____
    Lawrence Mann

Attorney for Plaintiff
SEDERIA LEWIS

STIPULATION AND [REDACTED] ORDER TO RESCHEDULE CMC
CASE NO. C 06-04946 MJJ
sf-2214967

1

## **ORDER**

For good cause shown, and upon stipulation of the parties, the Case Management Conference, currently set for November 14, 2006, is hereby rescheduled to December 12, 2006.

IT IS SO ORDERED.

Dated: October 27, 2006

                                                    The Honorable Martin J. Jenkins
                                                    United States District Judge